# EXHIBIT A

CONSTITUTIONAL LAW CENTER
*for* MUSLIMS *in* AMERICA

October 22, 2021

Freedom of Information Act Branch
601 S. 12th St.
3rd Floor, West Tower, TSA-20
Arlington, VA 20598

Dear FOIA Officer:

Please consider this letter as a written request under the Freedom of Information Act, 5 U.S.C. § 522a. We submit this request on behalf of our client, Ayman Fareh Soliman.

Enclosed is Mr. Soliman's signed Authorization to Release Information to Another Person, DHS Form 590, authorizing the release of his personal information to his undersigned attorney. To help identify Mr. Soliman, his date of birth is 01/07/1974, his place of birth is Giza, Egypt, and his Egyptian passport number is A17303877.

We request disclosure of the following records prepared, received, transmitted and/or maintained by the Transportation Security Administration relating to Ayman Fareh Soliman from January 1, 2010 to the present day:

- Records of encounters with Mr. Soliman at airports, including but not limited to:
  - Records resulting from or created by screening Mr. Soliman against the TSDB,
  - Records collected, copied, or otherwise created about pocket litter, travel information, identification documents, travel companions, and legal documents in Mr. Soliman's possession,
  - Records about or resulting from interviews and examinations of Mr. Soliman and/or his belongings;
- Biographic and/or biometric information about Mr. Soliman maintained by the TSA Office of Intelligence & Analysis in any database;
- Records of communications between the TSA and TSC concerning Mr. Soliman

If any portion of this request is unclear, we would request and welcome the opportunity to clarify it. We will also welcome discussing a schedule for production.

We request that you provide all records electronically in their original file format. If possible, we also request that the records be provided in a text-searchable PDF format, in the best quality possible.

1



If this request is denied in whole or in part, we request that you please provide sufficient justification for all withholdings by reference to specific exemptions of FOIA along with explanations for the exemption's application to the requested information. Please provide all segregable portions of the otherwise withheld material. We reserve the right to appeal a decision to withhold any information.

Please send all records, as they become available, to the undersigned at cjump@clcma.org. If records are unavailable in electronic format, we ask that you send records to the following address, care of Ms. Christina Jump.

Constitutional Law Center for Muslims in America (CLCMA)
100 N. Central Expressway
Suite 1010
Richardson, TX 75080

We look forward to a response within the statutory period of 20 days and thank you for your assistance.

Sincerely,

Christina Jump
Civil Litigation Department Head
cjump@clcma.org

CLCMA ▪ 100 N. CENTRAL EXPY STE 1010 ▪ RICHARDSON, TX 75080 ▪ 972-914-2507 ▪ INFO@CLCMA.ORG ▪ CLCMA.ORG